585 A.2d 336
STATE OF NEW JERSEY IN THE INTEREST OF
M.R.N., A JUVENILE.

June 26, 1990.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

585 A.2d 336
IN RE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PRO-
TECTION, FINAL DECISION ADOPTING AMENDMENTS TO
RULES N.J.A.C. 7:26–1.1, 1.4, 7.3, 7.5, 12.2, 13A.6, 16.2, 16.3 AND
ADOPTING NEW RULE N.J.A.C. 7:26–4A.

July 10, 1990.

Petition for certification denied.

585 A.2d 336
MARTIN GREENBLATT v. DANIEL ORENBERG,
JOHN SCHELLER, ET AL.

July 10, 1990.

Petition for certification denied.